UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: LAURENCE ZWIRN, | Chapter 7 |
| Debtor, | Case No.: 20-17343 |
| | Judge A. Benjamin Goldgar |

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on December 7, 2020, at 9:30 A.M., I will appear before the Honorable Judge A. Benjamin Goldgar, or any judge sitting in that judge's place, and present the motion For Relief From the Automatic Stay, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 500 0972 and the password is 726993. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Alliant Credit Union

By: /s/
Wator & Associates, P.C.
Dariusz T. Wator, ARDC# 6279496
10711 S. Roberts Road
Palos Hills, IL 60465
(708) 974-0000
bankruptcy@myillinoisatty.com

## CERTIFICATE OF SERVICE

I, Dariusz T. Wator, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on November 12, 2020, before 5:00 p.m.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-17343<br>Northern District of Illinois<br>Eastern Division<br>Tue Nov 3 12:04:04 CST 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | (p)ALLIANT CREDIT UNION<br>BANKRUPTCY DEPARTMENT<br>11545 W TOUHY AVE<br>CHICAGO IL 60666-5000 |
| Ashley Zimmerman<br>760 Indian Springs<br>Buffalo Grove, IL 60089-1404 | Golan Christi Talia, LLP<br>70 W Madison Street<br>Suite 1500<br>Chicago, IL 60602-4265 | Heartland Bank & Trust<br>PO Box 67<br>Bloomington, IL 61702-0067 |
| Heartland Bank and Trust Company<br>c/o Jacobs & Pinta<br>77 W. Washington Street, Suite 1005<br>Chicago, IL 60602-3259 | Irena Vasile & Mario Bodeanu<br>44 Regent Drive<br>Buffalo Grove, IL 60089 | Jason Song<br>Buffalo Grove, IL 60089 |
| Lakeview Loan Servicing<br>PO Box 37628<br>Philadelphia, PA 19101-0628 | Lakeview Loan Servicing<br>PO Box 8068<br>Virginia Beach, VA 23450-8068 | Lakeview Loan Servicing, LLC<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| MBM Assoc Inc<br>1834 Walden Office Square<br>Suite 150<br>Schaumburg, IL 60173-4281 | MBM Associates, Inc.<br>126 E Wing Street<br>Suite 335<br>Arlington Heights, IL 60004-6064 | Steven & Kim Duncan<br>790 Silverrock<br>Buffalo Grove, IL 60089-1435 |
| Wator & Associates, PC<br>Attorneys at Law<br>10711 S Roberts Road<br>Palos Hills, IL 60465-2313 | William Kaman<br>640 Northview Lane<br>Hoffman Estates, IL 60169-4147 | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090-6005 |
| John E Gierum<br>John E Gierum<br>Gierum & Mantas<br>2700 S. River Road<br>Suite 308<br>Des Plaines, IL 60018-4117 | Laurence J. Zwirn<br>2304 Magnolia Ct. E<br>Buffalo Grove, IL 60089-6610 | Marilyn Zwirn<br>2304 Magnolia Ct. E<br>Buffalo Grove, IL 60089-6610 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alliant Credit Union
11545 West Tohy Ave.
Chicago, IL 60666

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: LAURENCE ZWIRN, | Chapter 7 |
| Debtor, | Case No. 20-17343 |
| | Judge A. Benjamin Goldgar |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES, ALLIANT CREDIT UNION ("Creditor"), by and through its attorneys, Wator & Associates, P.C., and requests that the Automatic Stay heretofore entered related to the LAURENCE ZWIRN ("Debtor"), be modified, stating as follows:

1. Debtor is the owner of a real estate located at 5825 Blue Heron Drive, Long Grove, Illinois 60047 (the "Property").
2. The Debtor has executed a security agreement and is obligated to Creditor, a copy of which is attached hereto respectively as Exhibit "A."
3. On September 21, 2020, the above captioned Chapter 7 was filed.
4. As of the date of filing of this motion, the outstanding balance on the Mortgage and Note is $954,848.00.
5. Since the date of filing of this petition, Debtor has made no payments to Creditor.
6. Debtor has elected to surrender the Property as shown in the Statement of Intent, see Exhibit "B."
7. Debtor's failure to make pre and post-petition mortgage payments as well as Debtor's election to surrender the Property constitutes sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. 362(d)(1).
8. Alliant Credit Union continues to be injured each day they remain bound by the Automatic Stay;
9. Alliant Credit Union is not adequately protected and continues to suffer financial loss due to Debtor's failure to pay the mortgage;

10. No good cause exists to delay the enforcement and implementation of relief from the Automatic Stay and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, THE MOVANT respectfully prays that the Automatic Stay be modified and Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Alliant Credit Union for such other and further relief as this Honorable Court deems just.

Respectfully submitted,

Dariusz T. Wator
ARDC No. 6279496
10711 S. Roberts Road
Palos Hills, Illinois 60465
Tel: (708) 974-0000